**UNITED STATES of America,**
**Appellee,**

v.

**Percy MARTINEZ–CUADROS, aka Jose Martinez, also aka Rafael Cortez, aka Pabel Ramos, Defendant–Appellant.**

No. 00–1454.

United States Court of Appeals, Second Circuit.

March 23, 2001.

Barry D. Leiwant, The Legal Aid Society, Federal Defender Division, New York, NY, for appellant.

Emily Berger & Noah B. Perlman, Assistant United States Attorneys, Eastern District of New York, Brooklyn, NY, for appellee.

Present CARDAMONE, LEVAL and KATZMANN, Circuit Judges.

### SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be and it hereby is AFFIRMED.

Defendant appeals from a judgment entered after jury trial, convicting him of illegal re-entry under 8 U.S.C. §§ 1326(a), and sentencing him pursuant to 1326(b)(2).

Defendant argues that his sentence is illegal under the principles articulated in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), but

concedes that we are bound to affirm the judgment of the district court by the Supreme Court's decision in *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). Even if defendant could be understood to argue that *Almendarez–Torres* was abrogated by *Apprendi*, that argument was squarely rejected by our recent decision in *United States v. Latorre–Benavides*, 241 F.3d 262 (2d Cir.2001) (per curiam). Accordingly, we affirm the judgment of the district court.